**Electronically Filed
Supreme Court
SCWC-23-0000733
10-FEB-2025
03:00 PM
Dkt. 13 ODAC**

SCWC-23-0000733

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

COREY CAMPBELL, also known as COREY RYAN TAYLOR,
also known as RONIE CABILI,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000733; 2CPC-22-0000339(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner's Application for Writ of Certiorari, filed

on December 30, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, February 10, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

